PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                    **No. 09-45764 WJL**

**ALDRIN DECHAVEZ TORDECILLA and**        **Chapter 13**
**MARIA NOVA TORDECILLA,**

                                    **EX PARTE APPLICATION FOR LIEN**
                    **Debtors.**      **STRIP FEE; TRUSTEE'S CONSENT**
_____/

The undersigned hereby applies for an order as follows:

    1. I am counsel for the above-captioned Debtors.

    2. On May 23, 2011, the court entered the order valuing the lien
       of GMAC Mortgage, LLC.

    3. Debtors' counsel prays for an order allowing the additional
       flat fee of $1,500.00, to be paid through Debtors' Chapter
       13 plan.

Dated: May 31, 2011                    /s/ Patrick L. Forte
                                       PATRICK L. FORTE
                                       Attorney for Debtors

                        **Trustee's Consent**

I consent to the above application.

Dated: June 22, 2011                   /s/ Martha G. Bronitsky
                                       MARTHA G. BRONITSKY
                                       Chapter 13 Trustee